closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MIDKIFF, | CV 11-4050 VBF (MANx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| POWER DEFAULT SERVICES, et al., | |
| Defendants. | |

In accordance with the Court's order dated October 11, 2011 dismissing plaintiff Linda Midkiff's action without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing, that defendants Power Default Services, Inc., Mortgage Electronic Registration Systems, US Bank National Association, American Home Mortgage Servicing, Inc., Korrell Harp, and Brittany Snow ("Defendants") shall have judgment entered in their favor on plaintiff's claims for fraud, deceit, intentional misrepresentation, negligent misrepresentation, civil forgery, civil conspiracy, wrongful foreclosure, unfair competition, tort in se, intentional infliction of emotional distress, and quite title.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Power Default Services, Inc., Mortgage Electronic Registration Systems, US Bank National

1  Association, American Home Mortgage Servicing, Inc., Korrell Harp, and Brittany Snow
2  shall recover their costs of suit.

3  DATED: October 14, 2011

                                                                             Percy Anderson
                                          UNITED STATES DISTRICT JUDGE